430 A.2d 1152

**COMMONWEALTH of Pennsylvania,**

v.

**Robert Eugene ALTLAND, Appellant.**

Supreme Court of Pennsylvania.

Argued May 1, 1981.

Decided June 4, 1981.

Allen H. Smith, York, for appellant.

John C. Uhler, Dist. Atty., Floyd P. Jones, Asst. Dist. Atty., for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.

O'BRIEN, C.J., did not participate in the consideration or decision of this case.